4-23-2018

BSI Financial Services
Attn: Qualified Written Requests
PO Box 517
314 S. Franklin Street
Titusville, PA 16354

Ref: Loan 1461015125 Regarding 5250 South Rainbow Blvd., Unit 2063, Las Vegas, NV 89118
      Case #11-40128-JDP

To whom it may concern:
I received a notice on 4-19-2018 that the taxes are delinquent on this property. The payments made to you beginning 8-1-2017 have included escrow of $80.04 (one of $80.06) every month to date. These amounts are over and above the normal monthly payment of $453.54. In 2017, you were paid a total amount of $400.22, in 2018 $320.16, a grand total of $720.38 for escrow of taxes. This amount was more than enough to pay the last two installments of the tax year on this loan. The taxes were paid to date when you took over this loan. Clark County Treasurer required the taxes to be paid immediately. We sent the check for $528.73 on 04-20-2018, which includes penalty and interest.

I am having trouble reasoning out why the August 31, 2017, and October12th,2017  payments were made by your staff but did they did not continue to make the other 2 of 4 in same tax year that were due in January and March of 2018. I have called the treasurer's office and was told the first two were made by a third party, most likely the bank. They said the only way to get to the bottom of this was to call the bank. I choose to write a letter that is traceable with reliable tracking since the tax payments have already been made by the debtor upon notice of delinquency, and I will add that no statement is ever sent on this loan with contact information or allocation of funds for the debtor.

This is notice that escrow payments will no longer be made to you, a demand for the amount ($720.38) to be returned immediately. Please prepare the escrow refund check to David O Kingston, addressed to: 477 Shoup Ave #207, Idaho Falls, ID. 83402 ATT: Janae. Also please send an allocation of payments made by your company from **6-1-2017** (inception) so I may track the application of the over payments that should have gone to the escrow fund.

I expect immediate action on this misappropriation of funds by your company. As I have been told, you refuse to send statements because of the bankruptcy, it is not traceable on our end as I never see how payments are applied and until a problem like this comes up, no knowledge of it on our side.
**I am requesting a statement** to be sent each month so that we may quickly take care of any issues like this and don't have to wait  five months  and find that you have misapplied funds or billed erroneously.

This loan is under bankruptcy protection, I am also forwarding a copy of this letter to Mr. Kingston's legal counsel.

Best regards,

*Janae Kingston*
Janae Kingston
Administrative Assistance
David O Kingston
477 Shoup Ave. #207
Idaho Falls, ID 83402

Cc: Robert Maynes MaynesLaw@hotmal.com, skmadsen.mayneslaw@gmail.com, David O Kingston

**EXHIBIT "NN"**

**Page 1 of 1**