



BSI Financial Services

# Mortgage Statement

STATEMENT DATE 05/18/18
Property Address: 5250 S RAINBOW BLVD, UNIT 2063, LAS VEGAS NV 89118

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

| | |
|---|---|
| Account Number: | 1461015125 |
| Payment Date: | 06/01/18 |
| **Payment Amount:** | **$1,025.44** |

100826-2.7 1 2396-1.1 1oz

MAYNES TAGGART, PLLC
RE: DAVID O KINGSTON
POB 3005
IDAHO FALLS ID 83403

## Explanation of Payment Amount

| | |
|---|---|
| Principal: | $178.19 |
| Interest: | $274.35 |
| Escrow (Taxes and/or Insurance): | $0.00 |
| **Current Monthly Payment:** | **$452.54** |
| Total Fees and Other Charges: | $120.36 |
| **Total Payment Amount:** | **$1,025.44** |

## Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $82,481.12 | | |
| Interest Rate (Until Maturity): | 4.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | $-4,427.70 | | |

*** The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.**

## Transaction Activity (04/19/18 to 05/18/18)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 05/08/18 | Payment | $452.54 | $177.01 | $275.53 | $0.00 | $0.00 | $0.00 |
| 05/08/18 | Payment | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| **Principal** | $177.01 | $1,053.28 |
| **Interest** | $275.53 | $1,661.96 |
| **Escrow (Taxes and/or Insurance)** | $0.00 | $0.00 |
| **Late Charges** | $0.00 | $0.00 |
| **Fees** | $0.00 | $0.00 |
| **Partial Payments (Unapplied)*** | $1.00 | $-127.38 |
| **Total** | $453.54 | $2,587.86** |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

RECEIVED 2018.05.29

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. If you want to stop receiving statements, write to us at the address above: "Attn: Opt-Out." Your bankruptcy plan may provide for balances and payments which differ from the amounts reflected on this statement. Please consult your attorney if you have questions.**

## Important Messages

Keep upper portion for your records. See reverse for important information.

Please return this portion with your payment

BSI Financial Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.

☐ Payoff Proceeds Enclosed

**Account Number:** 1461015125
Property Address: 5250 S RAINBOW BLVD, UNIT 2063, LAS VEGAS NV

MAYNES TAGGART, PLLC
RE: DAVID O KINGSTON
POB 3005
IDAHO FALLS ID 83403

## Payment Amount

| | |
|---|---|
| **Payment Date:** | **06/01/18** |
| **Payment Amount:** | **$1,025.44** |

*All amounts due must be paid in full before additional principal reduction can be made.

| | |
|---|---|
| Additional Principal: | $ . |
| Additional Escrow: | $ . |
| **Total Amount Enclosed** | **$ .** |

**BSI Financial Services**
**PO BOX 679002**
**Dallas TX 75267-9002**

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

1461015125 000001025442

1199

**EXHIBIT "OO"**
**Page 1 of 2**

## Payment Options

BSI Financial Services provides you the following options for making your mortgage loan payments:

- Mail: BSI Financial Services, P. O. Box 679002, Dallas, TX 75267-9002
- Online: https://myloanweb.com/BSI
- Pay-by-Phone: 1-800-327-7861. A fee may apply for this service.
- Monthly, Bi-Weekly and Weekly ACH: Please call 1-800-327-7861 for instructions on how to enroll in the ACH program.
- Western Union: Visit the Western Union office nearest you. To make the payment, you will need your loan number, the CODE CITY ("BSI") and the STATE ("PA"). To locate the Western Union office nearest you, call 800.325.6000.
- Overnight Address: BSI Financial Services, Lockbox Number 679002, 1200 E Campbell Rd Ste. 108, Richardson, TX 75081

**Important Notice: BSI Financial Services does not accept cash payments or postdated checks. All payments will be applied upon receipt.**

## Payment Information

- **How Payments are Applied:** Payments we receive will be applied in accordance with the terms of your mortgage note. This generally means that funds will first be applied to any payments past due. Once your loan is current, any additional available funds will be applied to outstanding fees, costs and advances prior to being applied to reduce your principal balance. Our servicing system allows for one advance payment. If you send in enough money to satisfy more than one additional monthly payment, any remaining funds will then be applied to fees, costs and your principal balance. Should you have any questions regarding a specific payment, please call our Customer Care Department at 800-327-7861.
- **Additional Amounts:** This is known as a curtailment or partial prepayment. If your loan is current and has the standard payment application requirements (check your Note, Mortgage and any applicable Riders for details), an amount in excess of the regular payment amount will be applied first to any outstanding charges (such as late fees or interest) and then to principal. Also, if your Note has a prepayment penalty, the extra amount you send could trigger that penalty. Please check your Note and understand what it means.
- **Partial Payments:** If you make a partial payment, which is less than an amount sufficient to cover your principal, interest and escrow (if applicable) for a given billing cycle, we may credit the partial payment to your account, return the partial payment to you, or hold the payment in an unapplied funds account. If your statement activity reflects a partial payment was placed in an unapplied funds account, your payment will be held in the unapplied funds account until we receive sufficient funds to cover a full monthly payment. To have your funds applied, you must remit an additional amount sufficient to complete the monthly payment.
- There will be a processing fee associated with one-time web payments set up to draft on or after the 6th day of your grace period. There will be no charge for one-time payments set up to draft on or before your due date, or within the first five days of your grace period. Additionally, you will be charged a processing fee for automated payments set up via our Interactive Voice Response (IVR) system. You may obtain more information regarding these charges within your MyLoanWeb account by clicking on Requests, then Fees. We continue to provide the additional following payment options at no cost to you: pay-by-mail and pay-by-ACH.
- **Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and risk of foreclosure. If you are currently in the military service, or have been within the last 12 months, and joined after signing the Note and Security Instrument now in default, please notify us immediately.

## Loan Reinstatement and Payoff Information

The outstanding balance and amount due on your statement is as of the date of the statement and is not the amount needed to bring your loan current or to pay off your loan in full. Because of interest, late charges and other charges that may vary from day to day, the outstanding amounts due on your loan will increase. If your loan is in default, foreclosure activity and costs associated therewith will continue to accrue until the loan is fully reinstated or paid in full. If you would like to bring your loan current, please contact our Customer Care Department or your Loss Mitigation Specialist to request a Reinstatement Quote within 48 hours of when you intend to reinstate. If you are planning on paying off your loan, you must request a payoff quote a minimum of 5 business days before your anticipated payoff date and you will be provided a written Payoff Statement. Our agents are unable to give you a verbal payoff quote.

## Mortgage Counseling and Assistance

If you are experiencing financial difficulty and would like counseling or assistance, you can find a list of homeownership counselors in your area on the U.S. Department of Housing and Urban Development's website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call their toll-free number at 1-800-569-4287.

## Qualified Written Requests

Under the Real Estate Settlement Procedures Act, a qualified written request is written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan that identifies your name, account number and the specific reasons for the request (such as an error on your loan account or a request for information). Any qualified written request you wish to submit must be sent to:BSI Financial Services, Attention: Qualified Written Requests,314 S Franklin St. / Second Floor PO Box 517 Titusville PA 16354 .

## Negative Credit Information Notice

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. You have the right to dispute the accuracy of the information reported by writing to us at the address listed above.

**BSI Financial Services is a debt collector, and any information you provide to us may be used to collect a debt.**
**Licensed as Servis One, Inc. dba BSI Financial Services.** This notice is being sent on behalf of BSI Financial Services by its servicing agent, BSI Financial Services.
BSI Financial Services NMLS# 38078.

---

## CHANGE OF NAME / ADDRESS NOTIFICATION

If applicable, please complete the change of address and personal information below (if name change, please supply supporting documentation):

NAME _____

STREET ADDRESS _____

CITY/STATE _____  ZIP CODE _____

SIGNATURE _____  DATE _____  **EXHIBIT "OO"**

**Page 2 of 2**