

314 S Franklin St/ Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
Fax 814-217-1366
www.bsifinancial.com

<u>Sent via First Class Mail</u>

June 18, 2018

Maynes Taggart, PLLC
Attn: Steven L. Taggart
PO Box 3005
Idaho Falls, ID 83403

RE:    Certified Mail #:    7017 2680 0000 8671 0063
        Borrower:    David O. Kingston
        Account Number:    1461015125
        Property Address:    5250 South Rainbow Blvd., Unit 2063
                                   Las Vegas, NV 89118

Dear Carlos Ossa,

BSI Financial Services (BSI) received a written inquiry on May 9, 2018, on behalf of your client listed above. Due to the bankruptcy status on the account and your representation of the borrower, BSI is responding directly to you.

After review of the letter and conducting a thorough investigation, we are enclosing the Escrow Waiver Agreement which was signed by Mr. Kingston at closing. As outlined in this agreement, your client agreed to pay the Escrow Items prior to the date on which they would become delinquent. If your client failed to pay an Escrow Item prior to the date on which it becomes delinquent, the lender may rescind the escrow waiver without notice and enforce the escrow account provision set forth in the loan documents. BSI received notice that 2017 taxes were delinquent, due to this there were two tax payments sent to Clarks County, Nevada to bring the taxes current. Please see a copy of the payment history which will reflect the payments being made on July 27, 2017 and September 20, 2017.

With regard to your client not receiving BSI's Mortgage Statements this is due to the bankruptcy status on this account and your representation of the borrower. Without a written authorization from you, BSI is unable to mail or correspond with the borrower or any other third party regarding the

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET). Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.


RECEIVED 2018.06.22

EXHIBIT "PP" Page 1 of 2

Page 1 of 14



314 S Franklin St/ Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
Fax 814-217-1366
www.bsifinancial.com

account. In light of this, we are enclosing the most recent billing statement sent to you on May 18, 2018.

If you require further assistance, please address your letter to:

BSI Financial Services
Attn: Qualified Written Requests
PO Box 517
314 S Franklin Street
Titusville, PA 16354

If you have any other questions regarding this matter, please contact BSI toll-free at 1-800-327-7861.

HOURS:

    Monday – Friday 8:00 am to 11:00 pm (ET)
    Saturday 8:00 am to 12:00 pm (ET)

Sincerely,
Samantha Bradley
Complaint Resolution Specialist
BSI Financial Services
NMLS # 38078; # 126672

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET). Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

May 3rd, 2018

BSI Financial Services
Attn: Qualified Written Requests
PO Box 517
314 S. Franklin Street
Titusville, PA 16354

Ref: Loan 1461015125, written Authorization

Dear Valerie George:

I have enclosed previous letter that was sent to you certified dated 04-23-2018 and authorization to access any account of David O Kingston's. This has been adequate for all accounts, banks, loans, utility etc., etc. I trust that is will be sufficient for your company.

Please see the return of the certified letter with my requests enclosed.

Best regards,

*[signature]*

Janae Kingston
Administrative Assistance
David O Kingston
477 Shoup Ave. #207
Idaho Falls, ID. 83402

Cc: Robert Maynes mayneslaw@hotmail.com, skmadsen.mayneslaw@gmail.com, David O Kingston

Encl: authorization letter, BSI response dated 04-30-2018, copy of certified letter to BSI dated 4-23-18

**EXHIBIT "PP"**
**Page 3 of 14**



David O Kingston
Kingston Companies
477 Shoup Ave. #207
Idaho Falls, ID. 83402

To Whom It May Concern:

This letter gives my permission for Janae Kingston, my administrative/personal assistant, to access any personal or business accounts in any financial institution for information purposes and to receive any documents in my behalf including but not limited to: checking, savings, personal loans, business loans, etc.
This also will serve as permission for her to access or receive information, change, close, open, file disputes, on any account, (utilities, credit cards, business accounts) that is in my name personally or in a business name under my direction or control.

Thank you for your help in this matter. If you have any questions pertaining to the above please call our main office at 208-522-2365, Bill Tanner, Senior VP of Finance.

Best regards,

*[signature: D Kingston]*

David O Kingston
Kingston Companies
477 Shoup Ave. Suite #207
Idaho Falls, ID. 83402

jk

Cc: Bill Tanner VP of Finance

*[Notary seal: Jennifer M. Dalton, Notary Public, State of Idaho]*

*[signature: Jennifer M Dalton]*
State of Idaho
County of Bonneville
My Commission Expires April 3, 2015

**EXHIBIT "PP"**
**Page 4 of 14**



**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-217-1366 Fax
www.bsifinancial.com

<u>Sent via First Class Mail</u>

April 30, 2018

Janae Kingston
477 Shoupe Ave., Ste. 207
Idaho Falls, ID 83402

Re:    Account # 1461015125

Dear Janae Kingston,

BSI Financial Services (BSI) received your written inquiry, Certified Mail number 7003 3110 0001 8288 1520, on 04/27/18. Please be advised that BSI does not have written authorization to allow us to respond to your inquiry. If you would like to send written authorization along with your written inquiry, please send to the attention of:

BSI Financial Services
Attn: Qualified Written Requests
314 S Franklin Street
Titusville, PA 16354

Sincerely,

Valerie George
Complaint Resolution Specialist
BSI Financial Services
NMLS # 38078; # 126672

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET). Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

EXHIBIT "PP" Page 1 of 1

4-23-2018

BSI Financial Services
Attn: Qualified Written Requests
PO Box 517
314 S. Franklin Street
Titusville, PA 16354

Ref: Loan 1461015125 Regarding 5250 South Rainbow Blvd., Unit 2063, Las Vegas, NV 89118
  Case #11-40128-JDP

To whom it may concern:
I received a notice on 4-19-2018 that the taxes are delinquent on this property. The payments made to you beginning 8-1-2017 have included escrow of $80.04 (one of $80.06) every month to date. These amounts are over and above the normal monthly payment of $453.54. In 2017, you were paid a total amount of $400.22, in 2018 $320.16, a grand total of $720.38 for escrow of taxes. This amount was more than enough to pay the last two installments of the tax year on this loan. The taxes were paid to date when you took over this loan. Clark County Treasurer required the taxes to be paid immediately. We sent the check for $528.73 on 04-20-2018, which includes penalty and interest.

I am having trouble reasoning out why the August 31, 2017, and October12th,2017 payments were made by your staff but did they did not continue to make the other 2 of 4 in same tax year that were due in January and March of 2018. I have called the treasurer's office and was told the first two were made by a third party, most likely the bank. They said the only way to get to the bottom of this was to call the bank. I choose to write a letter that is traceable with reliable tracking since the tax payments have already been made by the debtor upon notice of delinquency, and I will add that no statement is ever sent on this loan with contact information or allocation of funds for the debtor.

This is notice that escrow payments will no longer be made to you, a demand for the amount ($720.38) to be returned immediately. Please prepare the escrow refund check to David O Kingston, addressed to: 477 Shoup Ave #207, Idaho Falls, ID. 83402 ATT: Janae. Also please send an allocation of payments made by your company from **6-1-2017** (inception) so I may track the application of the over payments that should have gone to the escrow fund.

I expect immediate action on this misappropriation of funds by your company. As I have been told, you refuse to send statements because of the bankruptcy, it is not traceable on our end as I never see how payments are applied and until a problem like this comes up, no knowledge of it on our side.
**I am requesting a statement** to be sent each month so that we may quickly take care of any issues like this and don't have to wait five months and find that you have misapplied funds or billed erroneously.

This loan is under bankruptcy protection, I am also forwarding a copy of this letter to Mr. Kingston's legal counsel.

Best regards,

*Janae Kingston*
Janae Kingston
Administrative Assistance
David O Kingston
477 Shoup Ave. #207
Idaho Falls, ID 83402

Cc: Robert Maynes MaynesLaw@hotmal.com, skmadsen.mayneslaw@gmail.com, David O Kingston

**EXHIBIT "PP"**
**Page 6 of 14**

Attn: Qualified Written Requests

BSI Financial Services
314 S. Franklin Street
Titusville, PA. 16354



477 Shoupe Ave. • Suite 207
Idaho Falls, Idaho 83402

Case 19-08006-JMM    Doc 1-45    Filed 01/09/19    Entered 01/09/19 08:59:20    Desc
                    Exhibit PP    Page 8 of 14



Hasler
04/24/2018
US POSTAGE

U.S. POSTAGE PAID
IDAHO FALLS, ID
83402
APR 24, 18
AMOUNT $0

CERTIFIED MAIL
7003 3110 0000 8228 1520
APR 27 20

Janae Kingston
477 Shoup Ave Suite 201
Idaho Falls, ID 83402

BSI Financial Services
Attn: Qualified Written Requests
314 S. Franklin Street
Titusville, PA 16354

**EXHIBIT "PP"**
**Page 8 of 14**



477 SHOUP AVE, STE. 207
IDAHO FALLS, ID 83402

7017 2680 0000 8671 0093
CERTIFIED MAIL
MAY 09 20

BSI Financial Services
Attn: Qualified Written Request
314 S. Franklin St.
Titusville, PA 16354

Prepared by: CONNIE R. BROWN

**COUNTRYWIDE HOME LOANS, INC.**

DATE: 03/13/2007
BORROWER: DAVID O. KINGSTON
CASE #:
LOAN #: 159182175
PROPERTY ADDRESS: 5250 S RAINBOW BLVD UNIT 2063
LAS VEGAS, NV 89118-0633

Branch #: 0000323
2850 W.HORIZON RIDGE PKWY.#100
HENDERSON, NV 89052-3901
Phone: (702)434-7644
Br Fax No.: (702)434-7536

## ESCROW WAIVER AGREEMENT

I understand that in consideration of an increase of _____ % in discount points, my lender has agreed to waive the requirement that I establish and maintain an escrow account for the payment of property taxes, insurance premiums, assessments and other charges (the "Escrow Items").

- I will pay the Escrow Items prior to the date on which they would become delinquent.
- If requested by my lender, I will submit satisfactory evidence that the Escrow Items have been paid.
- If I fail to pay an Escrow Item prior to the date on which it becomes delinquent, I understand that my lender may rescind this escrow waiver without notice and enforce the escrow account provision set forth in my loan documents.

My signature below acknowledges that I understand and agree to the foregoing.

David O. Kingston by Bria Baucum Attorney in Fact
Signature DAVID O. KINGSTON                    Signature

_____                _____
Signature                                      Signature

CONV
• Escrow Waiver Fee Consent Form
2D668-US (07/04)(d)


*23991*


*15918217500000 2D668*

06/13/18

DAVID O KINGSTON
477 SHOUP AVE STE 20
IDAHO FALLS            ID 83402
Collateral

Account Number 1461015125

| | | | |
|---|---|---|---|
| Original Balance | 162500.00 | P&I Payment | 452.54 |
| Current Balance | 82303.52 | Escrow Payment | 0.00 |
| Escrow Balance | -4427.70 | Opt Ins Payment | 0.00 |
| Unapplied Balance | 0.00 | Buydown | 0.00 |
| Fee Balance | -75.00 | Total Payment | 452.54 |
| | | Next Due Date | 06/01/18 |
| | | Last Payment Date | 06/05/18 |
| | | Current Interest Rate | 4.00000 |

History from 06/01/17 through 06/13/18 Beginning statement balance 84914.35  Ending statement balance 82303.52

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/17 | 06/06/17 | 02/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -45.36L |
| 06/06/17 | 06/06/17 | 02/01/17 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -45.36L |
| 06/06/17 | 06/06/17 | 02/01/17 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | -3933.64 | 0.00 | 0.00 |
| 06/06/17 | 06/06/17 | 02/01/17 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00F |
| 06/13/17 | 06/13/17 | 02/01/17 | MISC RECEIPT | 247.95 | 0.00 | 0.00 | 0.00 | 0.00 | 247.95N |
| 06/29/17 | 06/06/17 | 02/01/17 | MISC RECEIPT | 453.54 | 0.00 | 0.00 | 0.00 | 0.00 | 453.54N |
| 07/10/17 | 06/06/17 | 03/01/17 | PAYMENT | 453.54 | 170.49 | 283.05 | 0.00 | 0.00 | 0.00 |
| 07/10/17 | 07/10/17 | 03/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22.67L |
| 07/10/17 | 07/10/17 | 03/01/17 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22.67L |
| 07/10/17 | 06/13/17 | 03/01/17 | MISC RECEIPT | 247.95 | 0.00 | 0.00 | 0.00 | 0.00 | 247.95N |
| 07/10/17 | 07/10/17 | 03/01/17 | MISC RECEIPT | -701.49 | 0.00 | 0.00 | 0.00 | 0.00 | -701.49N |
| 07/11/17 | 07/11/17 | 04/01/17 | PAYMENT | 453.54 | 171.06 | 282.48 | 0.00 | 0.00 | 0.00 |
| 07/11/17 | 07/11/17 | 04/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22.67L |
| 07/11/17 | 07/11/17 | 04/01/17 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22.67L |
| 07/27/17 | 07/27/17 | 04/01/17 | ESCROW DISBURSEMENT | -247.93 | 0.00 | 0.00 | -247.93 | 0.00 | 0.00 |
| 08/07/17 | 08/07/17 | 05/01/17 | PAYMENT | 453.54 | 171.63 | 281.91 | 0.00 | 0.00 | 0.00 |
| 08/07/17 | 08/07/17 | 05/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.34L |
| 08/07/17 | 08/07/17 | 05/01/17 | MISC RECEIPT | 45.34 | 0.00 | 0.00 | 0.00 | 0.00 | 45.34L |

B= *Buydown/Subsidy*    F= *Fee Payment*    L= *Late Charges*    N= *Unapplied*

06/13/18

DAVID O KINGSTON

Account Number 1461015125

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 08/07/17 | 08/07/17 | 05/01/17 | MISC RECEIPT | 34.72 | 0.00 | 0.00 | 0.00 | 0.00 | 34.72N |
| 08/17/17 | 08/17/17 | 05/01/17 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/06/17 | 09/04/17 | 06/01/17 | PAYMENT | 453.54 | 172.20 | 281.34 | 0.00 | 0.00 | 0.00 |

**EXHIBIT "PP"**

**Page 11 of 14**

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 09/06/17 | 09/04/17 | 06/01/17 | MISC RECEIPT | 80.06 | 0.00 | 0.00 | 0.00 | 0.00 | 80.06 N |
| 09/20/17 | 09/20/17 | 06/01/17 | ESCROW DISBURSEMENT | -246.13 | 0.00 | 0.00 | -246.13 | 0.00 | 0.00 |
| 10/10/17 | 10/06/17 | 07/01/17 | PAYMENT | 453.54 | 172.78 | 280.76 | 0.00 | 0.00 | 0.00 |
| 10/10/17 | 10/06/17 | 07/01/17 | MISC RECEIPT | 80.04 | 0.00 | 0.00 | 0.00 | 0.00 | 80.04 N |
| 10/31/17 | 10/31/17 | 07/01/17 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 4427.70 | 0.00 | 0.00 |
| 10/31/17 | 05/01/17 | 06/01/17 | MISC RECEIPT | -896.31 | -172.78 | -280.76 | 0.00 | 0.00 | -442.77 N |
| 10/31/17 | 05/01/17 | 05/01/17 | MISC RECEIPT | -453.54 | -172.20 | -281.34 | 0.00 | 0.00 | 0.00 |
| 10/31/17 | 05/01/17 | 06/01/17 | MISC RECEIPT | 896.31 | 172.20 | 281.34 | 0.00 | 0.00 | 442.77 N |
| 10/31/17 | 05/01/17 | 07/01/17 | MISC RECEIPT | 453.54 | 172.78 | 280.76 | 0.00 | 0.00 | 0.00 |
| 10/31/17 | 10/31/17 | 07/01/17 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | -4427.70 | 0.00 | 0.00 |
| 11/07/17 | 11/06/17 | 07/01/17 | MISC RECEIPT | 533.58 | 0.00 | 0.00 | 0.00 | 0.00 | 533.58 L |
| 11/13/17 | 11/13/17 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22.67 L |
| 11/13/17 | 11/06/17 | 08/01/17 | PAYMENT | 0.00 | 173.35 | 280.19 | 0.00 | 0.00 | -453.54 L |
| 12/04/17 | 12/04/17 | 08/01/17 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.67 L |
| 12/04/17 | 12/04/17 | 08/01/17 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.67 N |
| 12/07/17 | 12/07/17 | 08/01/17 | MISC RECEIPT | 533.58 | 0.00 | 0.00 | 0.00 | 0.00 | 533.58 N |
| 12/08/17 | 12/07/17 | 09/01/17 | PAYMENT | 0.00 | 173.93 | 279.61 | 0.00 | 0.00 | -453.54 N |
| 12/11/17 | 12/08/17 | 10/01/17 | PAYMENT | 453.54 | 174.51 | 279.03 | 0.00 | 0.00 | 0.00 |
| 12/20/17 | 12/20/17 | 10/01/17 | MISC RECEIPT | -293.46 | 0.00 | 0.00 | 0.00 | 0.00 | -293.46 N |
| 12/20/17 | 12/20/17 | 10/01/17 | MISC RECEIPT | -160.08 | 0.00 | 0.00 | 0.00 | 0.00 | -160.08 N |
| 01/04/18 | 01/03/18 | 10/01/17 | MISC RECEIPT | 533.58 | 0.00 | 0.00 | 0.00 | 0.00 | 533.58 N |
| 01/31/18 | 01/03/18 | 11/01/17 | PAYMENT | 452.54 | 174.09 | 278.45 | 0.00 | 0.00 | 0.00 |
| 01/31/18 | 01/03/18 | 11/01/17 | MISC RECEIPT | 81.04 | 0.00 | 0.00 | 0.00 | 0.00 | 81.04 N |
| 01/31/18 | 01/31/18 | 11/01/17 | MISC RECEIPT | -533.58 | 0.00 | 0.00 | 0.00 | 0.00 | -533.58 N |
| 02/07/18 | 02/06/18 | 12/01/17 | PAYMENT | 452.54 | 174.67 | 277.87 | 0.00 | 0.00 | 0.00 |
| 02/07/18 | 02/06/18 | 12/01/17 | MISC RECEIPT | 81.04 | 0.00 | 0.00 | 0.00 | 0.00 | 81.04 N |
| 03/07/18 | 03/06/18 | 01/01/18 | PAYMENT | 452.54 | 175.25 | 277.29 | 0.00 | 0.00 | 0.00 |
| 03/07/18 | 03/06/18 | 01/01/18 | MISC RECEIPT | 81.04 | 0.00 | 0.00 | 0.00 | 0.00 | 81.04 N |
| 04/09/18 | 04/06/18 | 02/01/18 | PAYMENT | 452.54 | 175.84 | 276.70 | 0.00 | 0.00 | 0.00 |
| 04/09/18 | 04/06/18 | 03/01/18 | PAYMENT | 452.54 | 176.42 | 276.12 | 0.00 | 0.00 | 0.00 |
| 04/09/18 | 04/06/18 | 03/01/18 | MISC RECEIPT | -371.50 | 0.00 | 0.00 | 0.00 | 0.00 | -371.50 N |
| 05/08/18 | 05/05/18 | 04/01/18 | PAYMENT | 452.54 | 177.01 | 275.53 | 0.00 | 0.00 | 0.00 |

B= *Buydown/Subsidy*   F= *Fee Payment*   L= *Late Charges*   N= *Unapplied*

06/13/18

Account Number 1461015125

DAVID O KINGSTON

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/18 | 05/05/18 | 04/01/18 | MISC RECEIPT | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 N |
| 06/06/18 | 06/05/18 | 05/01/18 | PAYMENT | 452.54 | 177.60 | 274.94 | 0.00 | 0.00 | 0.00 |
| 06/06/18 | 06/05/18 | 05/01/18 | MISC RECEIPT | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 N |

B= *Buydown/Subsidy*   F= *Fee Payment*   L= *Late Charges*   N= *Unapplied*

**EXHIBIT "PP"**
**Page 12 of 14**

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

**Mortgage Statement**

STATEMENT DATE: 05/18/18
Property Address: 5250 S RAINBOW BLVD, UNIT 2063, LAS VEGAS NV 89118

Account Number: 1461015125
Payment Date: 06/01/18
**Payment Amount: $1,025.44**

MAYNES TAGGART, PLLC
RE: DAVID O KINGSTON
POB 3005
IDAHO FALLS ID 83403

### Explanation of Payment Amount

| | |
|---|---|
| Principal: | $178.19 |
| Interest: | $274.35 |
| Escrow (Taxes and/or Insurance): | $0.00 |
| **Current Monthly Payment:** | **$452.54** |
| Total Fees and Other Charges: | $120.36 |
| **Total Payment Amount:** | **$1,025.44** |

### Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $82,481.12 | | |
| Interest Rate (Until Maturity): | 4.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | $-4,427.70 | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

### Transaction Activity (04/19/18 to 05/18/18)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 05/08/18 | Payment | $452.54 | $177.01 | $275.53 | $0.00 | $0.00 | $0.00 |
| 05/08/18 | Payment | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $177.01 | $1,053.28 |
| Interest | $275.53 | $1,661.96 |
| Escrow (Taxes and/or Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $1.00 | $-127.38 |
| **Total** | **$453.54** | **$2,587.86**\*\* |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
\*\* These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

### Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. If you want to stop receiving statements, write to us at the address above: "Attn: Opt-Out." Your bankruptcy plan may provide for balances and payments which differ from the amounts reflected on this statement. Please consult your attorney if you have questions.

### Important Messages

---

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

**Account Number:** 1461015125
Property Address: 5250 S RAINBOW BLVD, UNIT 2063, LAS VEGAS NV

MAYNES TAGGART, PLLC
RE: DAVID O KINGSTON
POB 3005
IDAHO FALLS ID 83403

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed

### Payment Amount

| | |
|---|---|
| Payment Date: | 06/01/18 |
| Payment Amount: | $1,025.44 |

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal: $
Additional Escrow: $

**Total Amount Enclosed** $

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

1461015125 000001025442

**EXHIBIT "PP"**

**Page 13 of 14**

**Payment Options**
BSI Financial Services provides you the following options for making your mortgage loan payments:

- Mail: BSI Financial Services, P. O. Box 679002, Dallas, TX 75267-9002
- Online: https://myloanweb.com/BSI
- Pay-by-Phone: 1-800-327-7861. A fee may apply for this service.
- Monthly, Bi-Weekly and Weekly ACH: Please call 1-800-327-7861 for instructions on how to enroll in the ACH program.
- Western Union: Visit the Western Union office nearest you. To make the payment, you will need your loan number, the CODE CITY ("BSI") and the STATE ("PA"). To locate the Western Union office nearest you, call 800.325.6000.
- Overnight Address: BSI Financial Services, Lockbox Number 679002, 1200 E Campbell Rd Ste. 108, Richardson, TX 75081

**Important Notice: BSI Financial Services does not accept cash payments or postdated checks. All payments will be applied upon receipt.**

**Payment Information**

- **How Payments are Applied:** Payments we receive will be applied in accordance with the terms of your mortgage note. This generally means that funds will first be applied to any payments past due. Once your loan is current, any additional available funds will be applied to outstanding fees, costs and advances prior to being applied to reduce your principal balance. Our servicing system allows for one advance payment. If you send in enough money to satisfy more than one additional monthly payment, any remaining funds will then be applied to fees, costs and your principal balance. Should you have any questions regarding a specific payment, please call our Customer Care Department at 800-327-7861.
- **Additional Amounts:** This is known as a curtailment or partial prepayment. If your loan is current and has the standard payment application requirements (check your Note, Mortgage and any applicable Riders for details), an amount in excess of the regular payment amount will be applied first to any outstanding charges (such as late fees or interest) and then to principal. Also, if your Note has a prepayment penalty, the extra amount you send could trigger that penalty. Please check your Note and understand what it means.
- **Partial Payments:** If you make a partial payment, which is less than an amount sufficient to cover your principal, interest and escrow (if applicable) for a given billing cycle, we may credit the partial payment to your account, return the partial payment to you, or hold the payment in an unapplied funds account. If your statement activity reflects a partial payment was placed in an unapplied funds account, your payment will be held in the unapplied funds account until we receive sufficient funds to cover a full monthly payment. To have your funds applied, you must remit an additional amount sufficient to complete the monthly payment.
- There will be a processing fee associated with one-time web payments set up to draft on or after the 6th day of your grace period. There will be no charge for one-time payments set up to draft on or before your due date, or within the first five days of your grace period. Additionally, you will be charged a processing fee for automated payments set up via our Interactive Voice Response (IVR) system. You may obtain more information regarding these charges within your MyLoanWeb account by clicking on Requests, then Fees. We continue to provide the additional following payment options at no cost to you: pay-by-mail and pay-by-ACH.
- **Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and risk of foreclosure. If you are currently in the military service, or have been within the last 12 months, and joined after signing the Note and Security Instrument now in default, please notify us immediately.

**Loan Reinstatement and Payoff Information**
The outstanding balance and amount due on your statement is as of the date of the statement and is not the amount needed to bring your loan current or to pay off your loan in full. Because of interest, late charges and other charges that may vary from day to day, the outstanding amounts due on your loan will increase. If your loan is in default, foreclosure activity and costs associated therewith will continue to accrue until the loan is fully reinstated or paid in full. **If you would like to bring your loan current, please contact our Customer Care Department or your Loss Mitigation Specialist to request a Reinstatement Quote within 48 hours of when you intend to reinstate.** If you are planning on paying off your loan, you must request a payoff quote a minimum of 5 business days before your anticipated payoff date and you will be provided a written Payoff Statement. Our agents are unable to give you a verbal payoff quote.

**Mortgage Counseling and Assistance**
If you are experiencing financial difficulty and would like counseling or assistance, you can find a list of homeownership counselors in your area on the U.S. Department of Housing and Urban Development's website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call their toll-free number at 1-800-569-4287.

**Qualified Written Requests**
Under the Real Estate Settlement Procedures Act, a qualified written request is written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan that identifies your name, account number and the specific reasons for the request (such as an error on your loan account or a request for information). Any qualified written request you wish to submit must be sent to:BSI Financial Services, Attention: Qualified Written Requests,314 S Franklin St. / Second Floor PO Box 517 Titusville PA 16354 .

**Negative Credit Information Notice**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. You have the right to dispute the accuracy of the information reported by writing to us at the address listed above.

**BSI Financial Services is a debt collector, and any information you provide to us may be used to collect a debt.**
**Licensed as Servis One, Inc. dba BSI Financial Services.** This notice is being sent on behalf of BSI Financial Services by its servicing agent, BSI Financial Services.
BSI Financial Services NMLS# 38078.

---

### CHANGE OF NAME / ADDRESS NOTIFICATION

If applicable, please complete the change of address and personal information below (if name change, please supply supporting documentation):

NAME _____

STREET ADDRESS _____

CITY/STATE _____ ZIP CODE _____

SIGNATURE _____ DATE _____

**EXHIBIT "PP"**

**Page 14 of 14**